# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER THOMAS,
Petitioner,
vs.
E.K. MCDANIEL; THE STATE OF
NEVADA DEPARTMENT OF
CORRECTIONS; AND ATTORNEY
GENERAL,
Respondents.

No. 70301

**FILED**

JUN 1 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus. Petitioner challenges the way the Nevada Department of Corrections is deducting his statutory good-time credits. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170. A challenge to the computation of time served must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance. NRS 34.724(2)(c); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:   Christopher Thomas
      Attorney General/Carson City

16-18975